2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 12-21490-TPA
Chapter 13

In re: Debtor(s) (including Name and Address)

Ryan J. Forbes
2630 Reiter Road
Pittsburgh PA 15235

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/27/2016.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 15: Barclays Bank PLC, c/o Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 | U.S. Bank Trust National Association, a Serviced by Select Portfolio Servicing, 3815 South West Temple Salt Lake City, UT 84115 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    10/30/16

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Ryan J. Forbes  
    Debtor

Case No. 12-21490-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 1     Date Rcvd: Oct 28, 2016  
                        Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2016.  
14100316      Barclays Bank PLC,   c/o Shellpoint Mortgage Servicing,   PO Box 10826, Greenville, SC  29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                            TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2016 at the address(es) listed below:  
        Alexandra Teresa Garcia   on behalf of Creditor   VOLT Asset Holdings NPL3 ecfmail@mwc-law.com  
        Bryan P. Keenan   on behalf of Debtor Ryan J. Forbes keenan662@gmail.com, melindap662@gmail.com  
        Celine P. DerKrikorian   on behalf of Creditor   Barclays Bank PLC ecfmail@mwc-law.com  
        Celine P. DerKrikorian   on behalf of Creditor   LSF7 NPL V Trust, by Vericrest Financial, Inc. ecfmail@mwc-law.com  
        Jeffrey R. Hunt   on behalf of Creditor   Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com  
        Jennifer L. Cerce   on behalf of Creditor   Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net  
        Joshua I. Goldman   on behalf of Creditor   JPMorgan Chase Bank (f/k/a The Chase Manhattan Bank), as trustee, on behalf of the owners of the Mortgage Pass-Through Certificates, Series 2001-AR19 bkgroup@kmllawgroup.com  
        Marisa Myers Cohen   on behalf of Creditor   LSF7 NPL V Trust, by Vericrest Financial, Inc. mcohen@mwc-law.com  
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
        Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
        S. James Wallace   on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                                                  TOTAL: 12