Form 237

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Ryan J. Forbes** <br> *Debtor(s)* | : <br> : <br> : | Case No. 12−21490−TPA <br> Chapter: 13 |
| U.S. Bank Trust National Association, et al <br> *Movant,* | : <br> : <br> : | Related to Claim No. 15 |
| v. <br> Ryan J. Forbes and <br> Ronda J. Winnecour, Esq., Trustee <br> *Respondent.* | : <br> : <br> : | |

## ORDER

     **AND NOW**, this **17th day of November, 2016,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *U.S. Bank Trust National Association, et al* at Claim No. 15 in the above−captioned bankruptcy case,

     It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an *AMENDED CHAPTER 13 PLAN;*

(2) a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

     *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Ryan J. Forbes  
    Debtor

Case No. 12-21490-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: amaz    Page 1 of 1    Date Rcvd: Nov 17, 2016  
Form ID: 237    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2016.  
db      +Ryan J. Forbes,    2630 Reiter Road,    Pittsburgh, PA 15235-4003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2016      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2016 at the address(es) listed below:

     Alexandra Teresa Garcia    on behalf of Creditor    VOLT Asset Holdings NPL3 ecfmail@mwc-law.com  
     Bryan P. Keenan    on behalf of Debtor Ryan J. Forbes keenan662@gmail.com, melindap662@gmail.com  
     Celine P. DerKrikorian    on behalf of Creditor    Barclays Bank PLC ecfmail@mwc-law.com  
     Celine P. DerKrikorian    on behalf of Creditor    LSF7 NPL V Trust, by Vericrest Financial, Inc. ecfmail@mwc-law.com  
     Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com  
     Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net  
     Joshua I. Goldman    on behalf of Creditor    JPMorgan Chase Bank (f/k/a The Chase Manhattan Bank), as trustee, on behalf of the owners of the Mortgage Pass-Through Certificates, Series 2001-AR19 bkgroup@kmllawgroup.com  
     Marisa Myers Cohen    on behalf of Creditor    LSF7 NPL V Trust, by Vericrest Financial, Inc. mcohen@mwc-law.com  
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
     Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
     S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

     TOTAL: 12