# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :    Bankruptcy No.12-21490-TPA
Ryan J. Forbes                            :    Chapter  13
     Debtor                             :     Doc. No. ___
                                          :
  Ryan J. Forbes                          :
      Movant                         :
vs.                                       :
                                          :
JRK Foods Greentree LLC                   :            WO-1
    Respondent(s)                      :
_____

### CERTIFICATE OF SERVICE FOR COURT ORDER ON DEBTOR'S
### AMENDED WAGE ATTACHMENT MOTION ALONG WITH NOTIFICATION OF THE
### DEBTOR'S SOCIAL SECURITY NUMBER

I, Bryan P. Keenan, Esquire , certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on: **December 12, 2016.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail and electronic notification.**

**1.) Service by Electronic Notification** --
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**2.) Service by First Class Mail--**
a. Ryan J. Forbes, 2630 Reiter Road, Pittsburgh, PA 15235
b. JRK Foods Greentree LLC, ATTN: Payroll Manager c/o Phil Rice, 979 Greentree Road, Pittsburgh, PA 15220

Executed on: **December 12, 2016**                    **/s/Bryan P. Keenan**
                                                  Bryan  P. Keenan, PA ID No. 89053
                                                  Bryan  P. Keenan  & Associates P.C.
                                                  Attorney for Debtor
                                                  993 Greentree Road, Suite 101
                                                  Pittsburgh, PA 15220
                                                  (412) 922-5116
                                                  keenan662@gmail.com