**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/08/2017

IN RE:

| | |
|---|---|
| RYAN J. FORBES<br>2630 REITER ROAD<br>PITTSBURGH, PA 15235<br>XXX-XX-4790          Debtor(s) | Case No.12-21490 TPA<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/8/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Creditor Description |
|---|---|---|
| **DUQUESNE LIGHT COMPANY***<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number:1    INT %: 0.00%<br>Court Claim Number:13<br><br>CLAIM: 681.99<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5001 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:2    INT %: 0.00%<br>Court Claim Number:1<br><br>CLAIM: 7,142.10<br>COMMENT: NT/SCH*DEFICIENCY*FR AMERICREDIT*DOC 116 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3101 |
| **COUNTY OF ALLEGHENY (R/E TAX)***<br>%JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br><br>BETHEL PARK, PA  15102 | Trustee Claim Number:3    INT %: 12.00%<br>Court Claim Number:16<br><br>CLAIM: 200.34<br>COMMENT: CL16GOVS*20.54@12%/PL*W55 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 635D178;11-12 |
| **PENN HILLS SD (PENN HILLS MUN) (RE)**<br>C/O MBM COLLECTIONS LLC (TAX DIVISION) – D<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA  15235 | Trustee Claim Number:4    INT %: 10.00%<br>Court Claim Number:5<br><br>CLAIM: 3,101.31<br>COMMENT: PLGOV/CONF**W52~FACE AMT TAX/CL*DKT | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 635D178; 07-11 |
| **US BANK TRUST NA - TRUSTEE**<br>C/O SELECT PORTFOLIO SERVICING*<br>PO BOX 65450<br><br>SALT LAKE CITY, UT  84165 | Trustee Claim Number:5    INT %: 0.00%<br>Court Claim Number:15<br><br>CLAIM: 0.00<br>COMMENT: PMT/DECL*TOWD PNT*DKT4LMT*FR VERICREST~D120*FR BARCLAYS ~D139*BGN | CRED DESC: PRIMARY RES MORTGAGE REC<br>ACCOUNT NO.: 3860 |
| **VICTORIA J FORBES**<br>146 BIRCHWOOD WAY<br><br>IRWIN, PA  15642 | Trustee Claim Number:6    INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: OUTSIDE/JSP*NT PROV/PL*CHILD SUPPORT*DKT | CRED DESC: SUPPORT/ALIMONY ARR.<br>ACCOUNT NO.: ...1642 |
| **PLUM BORO SD & PLUM BOROUGH (EIT)**<br>C/O KEYSTONE CLLCTNS GRP - DLNQ CLLCTR<br>546 WENDEL RD<br><br>IRWIN, PA  15642 | Trustee Claim Number:7    INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 664.10<br>COMMENT: TTL/PL-CONF*DKT | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: ...4790: 09-10 |
| **PENN HILLS SD (PENN HILLS) (EIT)****<br>C/O MBM COLLECTIONS LLC (TAX DIVISION)PRE<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA  15235 | Trustee Claim Number:8    INT %: 0.00%<br>Court Claim Number:4<br><br>CLAIM: 3,938.94<br>COMMENT: $CL-PL*05-08 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: ...4790 |
| **AAS DEBT RECOVERY INC/AMERICAN ADJUSTM**<br>POB 129*<br><br>MONROEVILLE, PA  15146 | Trustee Claim Number:9    INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...4206 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br><br>ST PAUL, MN  55116-0478 | Trustee Claim Number:10   INT %: 0.00%<br>Court Claim Number:8<br><br>CLAIM: 23,862.99<br>COMMENT: FR PNC-AES*DOC 43*FR PHEAA*DOC 51 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4790 |

| Creditor | Claim Info | Creditor Description |
|---|---|---|
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br><br>HARRISBURG, PA 17104-1444 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0014 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br><br>HARRISBURG, PA 17104-1444 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0007 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br><br>HARRISBURG, PA 17104-1444 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0015 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br><br>HARRISBURG, PA 17104-1444 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0004 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br><br>HARRISBURG, PA 17104-1444 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0009 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br><br>HARRISBURG, PA 17104-1444 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0003 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br><br>HARRISBURG, PA 17104-1444 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0005 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br><br>HARRISBURG, PA 17104-1444 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0016 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br><br>HARRISBURG, PA 17104-1444 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0013 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br><br>HARRISBURG, PA 17104-1444 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0006 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br><br>HARRISBURG, PA  17104-1444 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...0011 |
| **PHEAA(*)**<br>BANKRUPTCY PAYMENTS*<br>POB 1463*<br><br>HARRISBURG, PA  17105 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:7<br><br>CLAIM:  5,172.39<br>COMMENT:  FR BRAZOS-US BANK* DOC 42 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4790 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br><br>HARRISBURG, PA  17104-1444 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  BRAZOS/US BANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...0002 |
| **ALLY FINANCIAL****<br>C/O ALLY SERVICING LLC<br>PO BOX 78369<br><br>PHOENIX, AZ  85062-8369 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:3<br><br>CLAIM:  4,787.18<br>COMMENT:  GMAC*LEASE END BAL/CL*SURR PREPET/AMD PL*UNS/JSP | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8230 |
| **PHARIA LLC**<br>C/O WEINSTEIN & RILEY PS<br>POB 3978<br><br>SEATTLE, WA  98124-3978 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:14<br><br>CLAIM:  959.40<br>COMMENT:  CAPITAL ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2985 |
| **OAK HARBOR CAPITAL IV LLC**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br><br>SEATTLE, WA  98124-3978 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:2<br><br>CLAIM:  750.77<br>COMMENT:  CAPITAL ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5701 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...5912 |
| **EOS CCA**<br>CORP HEADQUARTERS<br>700 LONGWATER DR<br><br>NORWELL, MA  02061 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH~EM RADIO *DKT* | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...1727 |
| **EOS CCA**<br>CORP HEADQUARTERS<br>700 LONGWATER DR<br><br>NORWELL, MA  02061 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH~EM RADIO | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...4942 |
| **PREMIER BANKCARD/CHARTER**<br>C/O CSI<br>POB 2208<br><br>VACAVILLE, CA  95696 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:10<br><br>CLAIM:  561.04<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0703 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **PREMIER BANKCARD/CHARTER**<br>C/O CSI<br>POB 2208<br>VACAVILLE, CA 95696 | Trustee Claim Number: 31 INT %: 0.00%<br>Court Claim Number: 11 | CLAIM: 495.23<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3694 |
| **GM FINANCIAL**<br>PO BOX 183853<br>ARLINGTON, TX 76096 | Trustee Claim Number: 32 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...3101 |
| **JEFFERSON REGIONAL MEDICAL SVC**<br>POB 3475<br>TOLEDO, OH 43607-0475 | Trustee Claim Number: 33 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **LYNN KOSCI**<br>229 FAIRGROUND RD<br>NEW CASTLE, PA 16101 | Trustee Claim Number: 34 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **MYCASHNOW.COM++**<br>4700 ROSSVILLE BLVD<br>CHATTANOOGA, PA 37407 | Trustee Claim Number: 35 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...4790 |
| **PEPPERCASH.COM**<br>POB 249<br>WATERSMEET, MI 49969 | Trustee Claim Number: 36 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...4790 |
| **PLAIN GREEN LLC++**<br>ATTN: CUSTOMER SUPPORT<br>93 MACK RD STE 600 POB 255<br>BOX ELDER, MT 59521 | Trustee Claim Number: 37 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...4790 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 38 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...9879 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 39 INT %: 0.00%<br>Court Claim Number: 12 | CLAIM: 601.16<br>COMMENT: HSBC/ORCHARD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0181 |
| **PREMIER MEDICAL ASSOC**<br>POB 643773<br>PITTSBURGH, PA 15264 | Trustee Claim Number: 40 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...1790 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **PREMIER MEDICAL ASSOC**<br>POB 643773<br><br>PITTSBURGH, PA  15264 | Trustee Claim Number:41  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: ...0735 |
| **RED STONE FINANCIAL LLC++**<br>POB 368<br><br>TIMBERLAKE, SD  57656 | Trustee Claim Number:42  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: ...4790 |
| **RUI CREDIT SERVICES**<br>POB 1349<br><br>MELVILLE, NY  11747 | Trustee Claim Number:43  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: ...0852 |
| **SAFE HOME SECURITY**<br>55 SEBETHE DR<br><br>CROMWELL, CT  06416 | Trustee Claim Number:44  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: ...6113 |
| **SUNRISE CREDIT SVCS INC**<br>260 AIRPORT PLAZA<br>POB 9100<br><br>FARMINGDALE, NY  11735-9100 | Trustee Claim Number:45  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: ...1232 |
| **MIDWEST VERIZON WIRELESS/AFNI**++<br>404 BROCK DR*<br><br>BLOOMINGTON, IL  61701 | Trustee Claim Number:46  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: ...0001 |
| **WATERFRONT SURGERY CNTR**<br>495 E WATERFRONT DR<br><br>HOMESTEAD, PA  15120 | Trustee Claim Number:47  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: ...9713 |
| **WPAHS**<br>POB 6770<br><br>PITTSBURGH, PA  15212 | Trustee Claim Number:48  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: ...5912 |
| **S JAMES WALLACE ESQ**<br>845 NORTH LINCOLN AVE<br><br>PITTSBURGH, PA  15233 | Trustee Claim Number:49  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  EQUITABLE GAS/ PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **US BANK TRUST NA - TRUSTEE**<br>C/O SELECT PORTFOLIO SERVICING*<br>PO BOX 65450<br><br>SALT LAKE CITY, UT  84165 | Trustee Claim Number:50  INT %:  0.00%<br>Court Claim Number:15<br>CLAIM:  9,100.42<br>COMMENT:  TOWD PNT*$CL-PL@US BANK/PL*FR VERICREST*D 120*THRU 3/12*FR BARCLAYS | CRED DESC:  PRIMARY RES MORTGAGE ARR<br>ACCOUNT NO.: 3860 |

| Creditor | Trustee Claim Info | Cred Desc / Account |
|---|---|---|
| **CREDITOR INFORMATION MISSING OR VAGUE**<br>NEED VERIFICATION | Trustee Claim Number: 51  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: OUTSIDE/AMD PL*VICTOR AND JODI LUDOVICH*NT/SCH*DK | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: |
| **PENN HILLS MUNICIPALITY (RE TAX)**<br>C/O MBM COLLECTIONS LLC (TAX DIVISION) – D<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA 15235 | Trustee Claim Number: 52  INT %: 10.00%<br>Court Claim Number: 6<br>CLAIM: 972.61<br>COMMENT: CL6GOVS*DK*07-11*W4 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 635D178 |
| **MARGARET GAIRO ESQ**<br>MCCABE WEISBERG & CONWAY PC<br>123 S BROAD ST STE 1400<br>PHILADELPHIA, PA 19109 | Trustee Claim Number: 53  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LSF7 NPL 7/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 54  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 1,532.38<br>COMMENT: NT/SCH*FIRST BANK DE/THINKCASH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0014 |
| **COUNTY OF ALLEGHENY (R/E TAX)***<br>%JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA 15102 | Trustee Claim Number: 55  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 35.00<br>COMMENT: CL16GOVS*$CL-PL*W3 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 635D178;11-12*NON INT |
| **PENN HILLS SD (PENN HILLS MUN) (RE)**<br>C/O MBM COLLECTIONS LLC (TAX DIVISION) – D<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA 15235 | Trustee Claim Number: 56  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 1,039.75<br>COMMENT: PLGOV/CONF*NON % ITEMS/CL-PL*DKT | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 635D178; 07-11 |
| **MARISA MYERS COHEN ESQ C/O CELINE DERK**<br>MCCABE WEISBERG & CONWAY PC<br>123 S BROAD ST STE 1400<br>PHILADELPHIA, PA 19109 | Trustee Claim Number: 57  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: VOLT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **US BANK TRUST NA - TRUSTEE**<br>C/O SELECT PORTFOLIO SERVICING*<br>PO BOX 65450<br>SALT LAKE CITY, UT 84165 | Trustee Claim Number: 58  INT %: 0.00%<br>Court Claim Number: 015<br>CLAIM: 0.00<br>COMMENT: TOWD PNT*VACATED/OE*LOSS MIT*FR VERICREST*D 120*FR BARCLAYS~D 139 | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 3860 |
| **PLUM BOROUGH (EIT)**<br>C/O KEYSTONE CLLCTNS GRP - DLNQ CLLCTR<br>546 WENDEL RD<br>IRWIN, PA 15642 | Trustee Claim Number: 59  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 161.00<br>COMMENT: $PL*RECENT YEARS/CONF~2011? | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 4790 |
| **US BANK TRUST NA - TRUSTEE**<br>C/O SELECT PORTFOLIO SERVICING*<br>PO BOX 65450<br>SALT LAKE CITY, UT 84165 | Trustee Claim Number: 60  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 0.00<br>COMMENT: TOWD PNT*DISALLOWED/OE*NT PROV/PL*$15.00 NTC PP FEE/EXP REF CL*W/50* | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 3860 |

| CLAIM RECORDS | | |
|---|---|---|
| **JOSHUA I GOLDMAN ESQ** | Trustee Claim Number:61  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT: SELECT PORTFOLIO~JPMORGAN/PRAE | |