IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 12-21490-TPA |
| **Ryan J. Forbes** | ) | Chapter 13 |
|     **Debtor** | ) | Doc No. |
| **Ryan J. Forbes** | ) | |
|     **Movant** | ) | |
|         v. | ) | |
| | ) | |
|   **Respondent** | ) | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:

   **The Debtor is not required to pay any Domestic Support Obligations**

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On **January 12, 2017**, at docket number **152**, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies:*

   **Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification**.

Dated: March 3, 2017                                     /s/Bryan P. Keenan
                                                                          **Bryan P. Keenan, PA ID # 89053**
                                                                          **Bryan P. Keenan & Associates, P.C.**
                                                                          **Attorneys for Debtor**
                                                                          **993 Greentree Road, Suite 101**
                                                                          **Pittsburgh, PA 15220**
                                                                          **(412)-922-5116**
                                                                          **keenan662@gmail.com**