**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  RYAN J. FORBES<br><br>         Debtor(s)<br>Ronda J. Winnecour, Trustee<br>   Movant<br>         vs.<br>RYAN J. FORBES<br><br><br>     Respondents | FILED<br>5/16/17 8:11 am<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA<br><br>Case No.12-21490TPA<br><br>Chapter 13<br><br>Document No. 156 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___16th___ day of ___May___, 20_17_, it is hereby ORDERED, ADJUDGED, and DECREED that,

   Jrk Foods Greentree Llc
   Attn: Payroll Manager
   979 Greentree Rd
   Pittsburgh,PA 15220

is hereby ordered to immediately terminate the attachment of the wages of RYAN J. FORBES, social security number XXX-XX-4790.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of RYAN J. FORBES.

BY THE COURT:

_____
                                          ljm
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
     Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 12-21490-TPA
Ryan J. Forbes                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: amaz           Page 1 of 1           Date Rcvd: May 16, 2017
                       Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2017.
db              +Ryan J. Forbes,    2630 Reiter Road,    Pittsburgh, PA 15235-4003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2017 at the address(es) listed below:
    Alexandra Teresa Garcia    on behalf of Creditor   VOLT Asset Holdings NPL3 ecfmail@mwc-law.com
    Bryan P. Keenan    on behalf of Debtor Ryan J. Forbes keenan662@gmail.com, melindap662@gmail.com
    Celine P. DerKrikorian    on behalf of Creditor   Barclays Bank PLC ecfmail@mwc-law.com
    Celine P. DerKrikorian    on behalf of Creditor   LSF7 NPL V Trust, by Vericrest Financial, Inc. ecfmail@mwc-law.com
    James Warmbrodt    on behalf of Creditor   JPMorgan Chase Bank (f/k/a The Chase Manhattan Bank), as trustee, on behalf of the owners of the Mortgage Pass-Through Certificates, Series 2001-AR19 bkgroup@kmllawgroup.com
    Jeffrey R. Hunt    on behalf of Creditor   Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
    Jennifer L. Cerce    on behalf of Creditor   Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net
    Joshua I. Goldman    on behalf of Creditor   JPMorgan Chase Bank (f/k/a The Chase Manhattan Bank), as trustee, on behalf of the owners of the Mortgage Pass-Through Certificates, Series 2001-AR19 bkgroup@kmllawgroup.com
    Marisa Myers Cohen    on behalf of Creditor   LSF7 NPL V Trust, by Vericrest Financial, Inc. mcohen@mwc-law.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
    S. James Wallace    on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                 TOTAL: 13