IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 12-21490-TPA |
| **Ryan J. Forbes** | ) | Chapter 13 |
|     Debtor | ) | Doc No. |
| **Ryan J. Forbes** | ) | |
|     Movant | ) | |
|         v. | ) | |
| | ) | |
|     Respondent | ) | |

## DEBTOR'S AMENDED CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. **The Debtor is required to pay Domestic Support Obligations and the Debtor has paid any amounts payable under a Court Order or Statute that were due on or before the date of this Certification (including amounts due before the petition was filed, but only to the extent provided for in the Plan**

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On **January 12, 2017**, at docket number **152**, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies:*

    **Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification**.

Dated: May 30, 2017           **/s/Bryan P. Keenan**
                              **Bryan P. Keenan, PA ID # 89053**
                              **Bryan P. Keenan & Associates, P.C.**
                              **Attorneys for Debtor**
                              **993 Greentree Road, Suite 101**
                              **Pittsburgh, PA 15220**
                              **(412)-922-5116**
                              **keenan662@gmail.com**