Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Ryan J. Forbes** | : | Case No. 12–21490–TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 161 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 10/11/17 at 12:00 PM |
| | : | |
| | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

  *AND NOW,* this *28th day of July, 2017*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 161 , by the Chapter 13 Trustee

  It is hereby **ORDERED, ADJUDGED and DECREED** that:

  (1) *On or before September 11, 2017*, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

  (2) This *Motion* is scheduled for hearing on *October 11, 2017 at 12:00 PM* in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

  (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 12-21490-TPA
Ryan J. Forbes                                                          Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lmar                Page 1 of 2          Date Rcvd: Jul 28, 2017
                              Form ID: 300b             Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 30, 2017.
db          +Ryan J. Forbes,   2630 Reiter Road,   Pittsburgh, PA 15235-4003
cr          +Barclays Bank PLC. c/o Shellpoint Mortgage Servici,   PO Box 10826,   Greenville, SC 29603-0826
cr          +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
              Pittsburgh, PA 15212-5860
13335236     AES Loan Servicing,   P.O. Box 2461,   Harrisburg, PA 17105-2461
13379317    +AES/PHEAA,   PO BOX 8183,   HARRISBURG, PA 17105-8183
13395058    +AES/PHEAA,   PO BOX 8147,   HARRISBURG PA 17105-8147
13340811   ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
             (address filed with court:  Americredit Financial Services, Inc.,   PO Box 183853,
              Arlington TX 76096)
13335235    +Aas Debt Recovery Inc,   Re: Mark A. Antonucci D.M.D.,   Po Box 129,
              Monroeville, PA 15146-0129
13335237    +Aes/brazos/us Bank,   Po Box 2461,   Harrisburg, PA 17105-2461
14100316     Barclays Bank PLC,   c/o Shellpoint Mortgage Servicing,   PO Box 10826,
              Greenville, SC  29603-0826
13335239    +Capital One, N.a.,   Capital One Bank (USA) N.A.,   Po Box 30285,
              Salt Lake City, UT 84130-0285
13427440    +County of Allegheny,   c/o Goehring, Rutter & Boehm,   437 Grant Stret, 14th Floor,
              Pittsburgh, PA 15219-6101
13472325     ECMC,   PO Box 16408,   St. Paul MN 55116-0408
13335242    +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
13335243    +Gm Financial,   Po Box 181145,   Arlington, TX 76096-1145
13335244    +McCabe, Weisberg and Conway, P.C.,   c/o Christine L. Graham, Esquire,
              123 South Broad Street, Suite 2080,   Philadelphia, PA 19109-1031
13335248    +Tracy Booth,   2630 Reiter Road,   Pittsburgh, PA 15235-4003
14312773    +U.S. Bank Trust National Association, a,   Serviced by Select Portfolio Servicing,,
              3815 South West Temple,   Salt Lake City, UT 84115-4412
13335249    +US Bank Trust National Association ...,   13801 Wireless Way,   Oklahoma City, OK 73134-2500
13412712    +VERICREST FINANCIAL, INC.,   13801 WIRELESS WAY,   OKLAHOMA CITY, OK 73134-2500
13335250    +Vericrest,   Po Box 24610,   Oklahoma City, OK 73124-0610
13335251     Victoria J Forbes,   Po Box 24610,   Irwin, PA 15642

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 29 2017 01:13:45
              PRA Receivables Management, LLC,   PO Box 41067,   Norfolk, VA 23541-1067
13335238    +E-mail/Text: ally@ebn.phinsolutions.com Jul 29 2017 01:10:17     Ally Financial,
              200 Renaissance Ctr,   Detroit, MI 48243-1300
13362662    +E-mail/Text: ally@ebn.phinsolutions.com Jul 29 2017 01:10:17     Ally Financial,
              c/o Ally Servicing LLC,   P.O. Box 130424,   Roseville, MN 55113-0004
13335240    +E-mail/Text: hariasdiaz@creditmanagementcompany.com Jul 29 2017 01:10:59
              Credit Management Co,   Re: Wpahs-Aspn,   2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
13335241    +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jul 29 2017 01:11:19     Duquesne Light,
              411 Seventh Avenue,   Pittsburgh, PA 15219-1942
13386083    +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jul 29 2017 01:11:20     Duquesne Light Company,
              c/o Bernstein Law Firm,   707 Grant Street,   Suite 2200 Gulf Tower,
              Pittsburgh, PA 15219-1908
13379572     E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 29 2017 01:10:57     Jefferson Capital Systems LLC,
              PO BOX 7999,   SAINT CLOUD MN 56302-9617
13359570    +E-mail/Text: bncmail@w-legal.com Jul 29 2017 01:10:54     OAK HARBOR CAPITAL IV, LLC,
              C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121 SEATTLE, WA 98121-3132
13405396    +E-mail/Text: bncmail@w-legal.com Jul 29 2017 01:10:51     PHARIA L.L.C.,
              C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121 SEATTLE, WA 98121-3132
13382636     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 29 2017 01:13:53
              Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14028418     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 29 2017 01:13:53
              Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk, VA 23541
13382147    +E-mail/Text: csidl@sbcglobal.net Jul 29 2017 01:11:01     Premier Bankcard/Charter,   POB 2208,
              Vacaville, CA 95696-8208
13335247    +E-mail/Text: courtinfo@myshs.com Jul 29 2017 01:10:48     Safehome Security,   55 Sebethe Dr,
              Cromwell, CT 06416-1054
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Allegheny County
cr             Duquesne Light Company
cr             JPMorgan Chase Bank (f/k/a The Chase Manhattan Ban
cr             LSF7 NPL V Trust, by Vericrest Financial, Inc.
cr             VOLT Asset Holdings NPL3
13335245       Penn Hills Township & SD

```
District/off: 0315-2                  User: lmar                    Page 2 of 2                   Date Rcvd: Jul 28, 2017
                                      Form ID: 300b                 Total Noticed: 35

cr*           +AES/PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
cr*          ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court:    AmeriCredit Financial Services, Inc.,    PO Box 183853,
                Arlington, TX  76096)
cr*           Barclays Bank PLC,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
                Greenville, SC  29603-0826
cr*           ECMC,    P.O. Box 16408,    St. Paul, MN  55116-0408
cr           ##+Penn Hills School District and Municipality of Pen,    Maiello Brungo & Maiello, LLP,
                3301 McCrady Road,    Pittsburgh, PA 15235-5137
cr           ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
13377220     ##+Penn Hills Municipality,    c/o Maiello Brungo & Maiello, LLP,    3301 McCrady Road,
                Pittsburgh, PA 15235-5137
13366434     ##+Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    3301 McCrady Road,
                Pittsburgh, PA 15235-5137
13335246     ##+Rui Credit Services In,    Re: Comcast,    225 Broadhollowrd,    Melville, NY 11747-4809
13335252     ##+Victoria J Forbes,    146 Burchwood Way,    Irwin, PA 15642-4708
                                                                                               TOTALS: 6, * 4, ## 6
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2017 at the address(es) listed below:
          Alexandra Teresa Garcia    on behalf of Creditor    VOLT Asset Holdings NPL3 ecfmail@mwc-law.com
          Bryan P. Keenan    on behalf of Debtor Ryan J. Forbes keenan662@gmail.com, melindap662@gmail.com
          Celine P. DerKrikorian    on behalf of Creditor    Barclays Bank PLC ecfmail@mwc-law.com
          Celine P. DerKrikorian    on behalf of Creditor    LSF7 NPL V Trust, by Vericrest Financial, Inc.
           ecfmail@mwc-law.com
          James Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank (f/k/a The Chase Manhattan Bank),
           as trustee, on behalf of the owners of the Mortgage Pass-Through Certificates, Series 2001-AR19
           bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
          Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn
           Hills jlc@mbm-law.net
          Joshua I. Goldman    on behalf of Creditor    JPMorgan Chase Bank (f/k/a The Chase Manhattan Bank),
           as trustee, on behalf of the owners of the Mortgage Pass-Through Certificates, Series 2001-AR19
           bkgroup@kmllawgroup.com
          Marisa Myers Cohen    on behalf of Creditor    LSF7 NPL V Trust, by Vericrest Financial, Inc.
           mcohen@mwc-law.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;dschimizzi@bernste
           inlaw.com;acarr@bernsteinlaw.com;cabbott@ecf.courtdrive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 13
```