**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
9/19/17 3:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
RYAN J. FORBES

　　　　Debtor(s)

Ronda J. Winnecour
　　　　Movant
　　vs.
No Repondents.

Case No.:12-21490 TPA

Chapter 13

Document No.:　161

ORDER OF COURT

AND NOW, this ___19th___ day of ___September___, 20_17_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE    ljm

Case 12-21490-TPA   Doc 169   Filed 09/21/17   Entered 09/22/17 00:57:01   Desc
                     Imaged Certificate of Notice   Page 2 of 3

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                     Case No. 12-21490-TPA
Ryan J. Forbes                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: amaz                  Page 1 of 2                   Date Rcvd: Sep 19, 2017
                               Form ID: pdf900             Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2017.
```
db          +Ryan J. Forbes,    2630 Reiter Road,    Pittsburgh, PA 15235-4003
cr          +Barclays Bank PLC. c/o Shellpoint Mortgage Servici,    PO Box 10826,    Greenville, SC 29603-0826
cr          +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
              Pittsburgh, PA 15212-5860
13335236     AES Loan Servicing,    P.O. Box 2461,   Harrisburg, PA 17105-2461
13379317    +AES/PHEAA,    PO BOX 8183,    HARRISBURG, PA 17105-8183
13395058    +AES/PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
13340811   ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court:   Americredit Financial Services, Inc.,    PO Box 183853,
              Arlington TX 76096)
13335235    +Aas Debt Recovery Inc,    Re: Mark A. Antonucci D.M.D.,    Po Box 129,
              Monroeville, PA 15146-0129
13335237    +Aes/brazos/us Bank,    Po Box 2461,    Harrisburg, PA 17105-2461
14100316     Barclays Bank PLC,   c/o Shellpoint Mortgage Servicing,    PO Box 10826,
              Greenville, SC  29603-0826
13335239    +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,
              Salt Lake City, UT 84130-0285
13427440    +County of Allegheny,    c/o Goehring, Rutter & Boehm,    437 Grant Stret, 14th Floor,
              Pittsburgh, PA 15219-6101
13335241    +Duquesne Light,    411 Seventh Avenue,    Pittsburgh, PA 15219-1942
13472325     ECMC,   PO Box 16408,    St. Paul MN 55116-0408
13335242    +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13335243    +Gm Financial,    Po Box 181145,   Arlington, TX 76096-1145
13335244    +McCabe, Weisberg and Conway, P.C.,    c/o Christine L. Graham, Esquire,
              123 South Broad Street, Suite 2080,    Philadelphia, PA 19109-1031
13335248    +Tracy Booth,    2630 Reiter Road,    Pittsburgh, PA 15235-4003
14312773    +U.S. Bank Trust National Association, a,    Serviced by Select Portfolio Servicing,,
              3815 South West Temple,    Salt Lake City, UT 84115-4412
13335249    +US Bank Trust National Association ...,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
13412712    +VERICREST FINANCIAL, INC.,    13801 WIRELESS WAY,    OKLAHOMA CITY, OK 73134-2500
13335250    +Vericrest,    Po Box 24610,    Oklahoma City, OK 73124-0610
13335251     Victoria J Forbes,    Po Box 24610,    Irwin, PA 15642
13335252    +Victoria J Forbes,    146 Burchwood Way,    Irwin, PA 15642-4708
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 20 2017 01:52:28
              PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13335238    +E-mail/Text: ally@ebn.phinsolutions.com Sep 20 2017 01:22:18     Ally Financial,
              200 Renaissance Ctr,    Detroit, MI 48243-1300
13362662    +E-mail/Text: ally@ebn.phinsolutions.com Sep 20 2017 01:22:18     Ally Financial,
              c/o Ally Servicing LLC,    P.O. Box 130424,    Roseville, MN 55113-0004
13335240    +E-mail/Text: kcarter@creditmanagementcompany.com Sep 20 2017 01:23:05     Credit Management Co,
              Re: Wpahs-Aspn,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13386083    +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Sep 20 2017 01:23:18     Duquesne Light Company,
              c/o Bernstein Law Firm,    707 Grant Street,    Suite 2200 Gulf Tower,
              Pittsburgh, PA 15219-1908
13379572     E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 20 2017 01:23:01     Jefferson Capital Systems LLC,
              PO BOX 7999,    SAINT CLOUD MN 56302-9617
13359570    +E-mail/Text: bncmail@w-legal.com Sep 20 2017 01:22:58     OAK HARBOR CAPITAL IV, LLC,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121 SEATTLE, WA 98121-3132
13405396    +E-mail/Text: bncmail@w-legal.com Sep 20 2017 01:22:56     PHARIA L.L.C.,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121 SEATTLE, WA 98121-3132
13382636     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 20 2017 01:30:06
              Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14028418     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 20 2017 01:30:21
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
13382147    +E-mail/Text: csidl@sbcglobal.net Sep 20 2017 01:23:07     Premier Bankcard/Charter,    POB 2208,
              Vacaville, CA 95696-8208
13335247    +E-mail/Text: courtinfo@myshs.com Sep 20 2017 01:22:54     Safehome Security,    55 Sebethe Dr,
              Cromwell, CT 06416-1054
                                                                                              TOTAL: 12
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              Duquesne Light Company
cr              JPMorgan Chase Bank (f/k/a The Chase Manhattan Ban
cr              LSF7 NPL V Trust, by Vericrest Financial, Inc.
cr              U.S. Bank Trust National Association, as Trustee f
cr              VOLT Asset Holdings NPL3
13335245        Penn Hills Township & SD
```

```
District/off: 0315-2                    User: amaz                      Page 2 of 2                     Date Rcvd: Sep 19, 2017
                                        Form ID: pdf900                 Total Noticed: 36

cr*            +AES/PHEAA,    PO BOX 8147,     HARRISBURG, PA 17105-8147
cr*           ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,     PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: AmeriCredit Financial Services, Inc.,    PO Box 183853,
                 Arlington, TX   76096)
cr*             Barclays Bank PLC,    c/o Shellpoint Mortgage Servicing,     PO Box 10826,
                 Greenville, SC   29603-0826
cr*             ECMC,    P.O. Box 16408,    St. Paul, MN    55116-0408
cr            ##+Penn Hills School District and Municipality of Pen,     Maiello Brungo & Maiello, LLP,
                 3301 McCrady Road,    Pittsburgh, PA 15235-5137
cr            ##+SELECT PORTFOLIO SERVICING, INC,     3815 South West Temple,    Salt Lake City, UT 84115-4412
13377220      ##+Penn Hills Municipality,     c/o Maiello Brungo & Maiello, LLP,    3301 McCrady Road,
                 Pittsburgh, PA 15235-5137
13366434      ##+Penn Hills School District,     c/o Maiello Brungo & Maiello, LLP,    3301 McCrady Road,
                 Pittsburgh, PA 15235-5137
13335246      ##+Rui Credit Services In,    Re: Comcast,    225 Broadhollowrd,     Melville, NY 11747-4809
                                                                                            TOTALS: 7, * 4, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2017 at the address(es) listed below:
          Alexandra Teresa Garcia    on behalf of Creditor    VOLT Asset Holdings NPL3 ecfmail@mwc-law.com
          Bryan P. Keenan    on behalf of Debtor Ryan J. Forbes keenan662@gmail.com, melindap662@gmail.com
          Celine P. DerKrikorian    on behalf of Creditor    Barclays Bank PLC ecfmail@mwc-law.com
          Celine P. DerKrikorian    on behalf of Creditor    LSF7 NPL V Trust, by Vericrest Financial, Inc.
           ecfmail@mwc-law.com
          James Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank (f/k/a The Chase Manhattan Bank),
           as trustee, on behalf of the owners of the Mortgage Pass-Through Certificates, Series 2001-AR19
           bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for
           Towd bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
          Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn
           Hills jlc@mbm-law.net
          Joshua I. Goldman    on behalf of Creditor    JPMorgan Chase Bank (f/k/a The Chase Manhattan Bank),
           as trustee, on behalf of the owners of the Mortgage Pass-Through Certificates, Series 2001-AR19
           bkgroup@kmllawgroup.com
          Marisa Myers Cohen    on behalf of Creditor    LSF7 NPL V Trust, by Vericrest Financial, Inc.
           mcohen@mwc-law.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 14
```